

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

NOV 0 3 2021

Clerk, U.S. District Court
Eastern District of Texas

| CRAIG CUNNINGHAM, | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| v. | § | 4:21-cv-00127-ALM-CAN |
| | § | |
| Velstar, Inc. | § | |
| ) | § | |
| et al ) | § | |
| Defendants | § | |

**Defendant**

### PLAINTIFF'S Motion to Dismiss WITHOUT prejudice

1. To the Honorable US District Court:

2. The Plaintiff wishes to dismiss his claims against Defendants Andrew Russo, Exact Enterprises, LLC, Transcity, Inc WITHOUT prejudice. The Plaintiff has been unable to effect service on these defendants to date, and hereby moves to dismiss them without prejudice in this case.

*Craig Cunningham*
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075  615-348-1977  11/2/2021

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, | § § § | |
|---|---|---|
| v. | § § § | 4:21-cv-00127-ALM-CAN |
| Velstar, Inc. ) et al ) Defendants | § § § § § | |
| **Defendant** | | |

**PLAINTIFF'S Certificate of Service**

I hereby certify that a true copy of the foregoing was mailed to the defendants via USPS first class mail on 11/2/2021

*Craig Cunningham*
Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 11/2/2021